## NORTON *versus* LADD.

A person who is proved to have openly and repeatedly avowed that he had no belief in the existence of a God, cannot be admitted to testify in a court of justice.

In this cause, while on trial before the jury at this term, one John Hunter was offered as a witness on the part of the plaintiff. On the part of the defendant it was objected, that Hunter was not a competent witness, because he did not believe in the existence of a God. And it was proved that he had several times, within a short time before the trial, stated that he had no belief in the existence of a God.

*Williams* and *Cushman*, for the plaintiff.

*Bell* and *Barnard*, for the defendant.

*By the court.* He, who openly and deliberately avows that he has no belief in the existence of a God, furnishes clear and satisfactory evidence against himself, that he is incapable of being bound, by any religious tie, to speak the truth, and is unworthy of any credit in a court of justice. This witness is proved to have repeatedly avowed such a sentiment, and we have no hesitation in rejecting him as a person worthy of no credit. 2 Cowen, 431, *Butts* v. *Swartwood;* 18 Johns. 98, *Jackson* v. *Gridley;* Willes' Rep. 538, *Omichund* v. *Barker.*